UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY WALLACE,<br><br>          Plaintiff,<br><br>   v.<br><br>GRANT COUNTY FIRE DISTRICT NO. 5, a public agency in the State of Washington; and PATRICK HOCHSTATTER, individually and his marital community,<br><br>          Defendants. | No.   2:15-CV-00108-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 9, 2017, the parties filed a stipulated dismissal, ECF No. 117. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.    The parties' Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **ECF No. 117**, is **GRANTED.**

2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.    All pending motions are **DENIED AS MOOT.**

4.    All hearings and other deadlines are **STRICKEN.**

1    **5.**     The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order

3  and provide copies to all counsel.

4    **DATED** this 10th day of March 2017.

5

6    _____
     SALVADOR MENDOZA, JR.
7    United States District Judge

ORDER DISMISSING CASE - 2